MORTON N. WEKSTEIN et al., Appellants, *v.* HERALD STATESMAN, INC., et al., Respondents.

Submitted May 29, 1950; decided June 2, 1950.

*Joseph Reeback* for motion.

*Paul L. Bleakley, Morton N. Wekstein,* in person, and *Sol Friedman* opposed.

Motion denied, with $10 costs.